IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KARL LYNN SHACKELFORD,<br>*also known as*<br>KARL LYNN MCGEE<br><br>Petitioner,<br><br>v.<br><br>RICK THALER,<br>Director, Texas Dep't of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | § § § § § § § § § § § § § § | 2:11-CV-7 |

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On January 11, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the instant habeas application be dismissed pursuant to the Court's sanction orders in cause numbers 2:10-CV-249, 2:10-CV-250, and 2:10-CV-251. In those cases, the Court sanctioned petitioner with a fine of $100.00 in each case and barred him from filing any more litigation until he paid the sanction. The Magistrate Judge also recommended denial of petitioner's motion to proceed *in forma pauperis*. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the application to proceed *in forma pauperis* is DENIED. The petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this 2nd day of February 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE